371 A.2d 1303

Deglau, Appellant, v. Litman et al.

Argued November 16, 1976. Maurice A. Nernberg, Jr., with him Nernberg & Nernberg, for appellant; T. Lawrence Palmer, for appellee at Nos. 617 and 783; David R. Brown, with him Litman, Litman, Harris & Specter, for appellee at No. 730.

Judgments affirmed.

WATKINS, P. J., absent.